■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEONARD BUTLER, Appellant. [673 NYS2d 482] —Appeal from judgment, Supreme Court, New York County (Michael Corriero, J.), rendered on or about June 13, 1996, dismissed due to the death of defendant-appellant. Motion seeking to dismiss the appeal and related relief granted and the matter remanded to Supreme Court, New York County, to vacate the judgment of conviction and dismiss the indictment (New York County Ind. No. 3884/95). (*See, People v Matteson*, 75 NY2d 745.) No opinion. Concur—Sullivan, J. P., Rosenberger, Nardelli, Rubin and Andrias, JJ.